```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2  SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
 3  JAMES A. SCHARF (CABN 152171)
    Assistant United States Attorney
 4       150 Almaden Boulevard, Suite 900
         San Jose, California 95113
 5       Telephone: (408) 535-5044
         FAX: (408) 535-5081
 6       James.Scharf@usdoj.gov

 7  Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREET M. SINGH | Case No. |
| Plaintiff, | |
| v. | **CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)** |
| AMERICAN POSTAL WORKER'S UNION OAKLAND LOCAL 78 THROUGH PRESIDENT FREDRIC JACOBS, et al., | |
| Defendants. | |

I, Sara Winslow, hereby certify as follows:

I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to direction from David L. Anderson, the United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.4, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his or her employment with reference to the matters alleged in the suit.

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)
CASE NO.

1    I have reviewed the Third Amended Complaint in the above-captioned action. On the basis of that document and certain other information provided to me, pursuant to the provisions of 28 U.S.C. § 2679(d) and by virtue of the authority vested in me as set forth above, I hereby certify that Defendants Jagmohan Singh, Geraldine L. Manzo, Yolanda G. Byrd, Robin P. Rogers, Maria E. Soto, Janet D. Morris, Dainon L. McCullough, Frank J. Grimsley, and John Norman were employees of the United States Postal Service and were acting within the course and scope of their federal employment at all times material to such alleged incidents, with the exception of their alleged union activities for which co-defendant American Postal Worker's Union Oakland Local 78 may be responsible, i.e., Plaintiff's claims against Yolanda Byrd and Geraldine Manzo in their capacity as alleged union officers/stewards.

DATE: October 9, 2019

_____
SARA WINSLOW
Chief, Civil Division

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)
CASE NO.