1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Assistant United States Attorney
3  Chief, Civil Division
   JAMES A. SCHARF (CSBN 152171)
4  Assistant United States Attorney

5      U.S. Attorney's Office/Civil Division
       150 Almaden Blvd., Suite 900
6      San Jose, CA  95113
       Telephone:  (408) 535-5044
7      Fax:  (408) 535-5081
       Email:  james.scharf@usdoj.gov
8
   Attorneys for Federal Defendants
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14
   PREET M. SINGH,                        )  Case No. 19-CV-06659-JCS
15                                        )
          Plaintiff,                      )
16                                        )
       v.                                 )  **PROOF OF SERVICE**
17                                        )
                                          )
18                                        )
   OAKLAND LOCAL 78 AMERICAN POSTAL       )
19 WORKERS UNION THROUGH PRESIDENT        )
   FREDRIC JACOBS, et al.                 )
20                                        )
          Defendants.                     )
21                                        )
                                          )
22 _____

23

24

25

26

27

28 PROOF OF SERVICE
   Case Nos. 19-CV-06659-JCS
                                          1

1 The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**FEDERAL DEFENDANTS' CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE;**

**FEDERAL DEFENDANTS' ADMINISTRATIVE MOTION TO RELATE CASES;**

**FEDERAL DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT;**

**DECLARATION OF JAMES A. SCHARF IN SUPPORT OF FEDERAL DEFENDANTS'**

**MOTION TO DISMISS THIRD AMENDED COMPLAINT**

to be served this date upon the parties as follows:

√   FIRST CLASS MAIL by placing such envelope in the designated area for today's outgoing U.S. mail in accordance with this office's practice, and addressed to the party's last known address:

**Pro Se Plaintiff**

**Preet M. Singh**
**1053 Dawnview Court**
**Pittsburg, CA 94565-7369**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 21, 2019, at San Jose, California.

_(signature)_
Elizabeth Inocencio, Paralegal Specialist
Assistant to AUSA James A. Scharf

PROOF OF SERVICE
Case No. 19-cv-06659-JCS