UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREET M. SINGH,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN POSTAL WORKERS UNION OAKLAND LOCAL 78, et al.,<br><br>      Defendants. | Case No. 19-cv-06659-VC<br><br>**ORDER RE REQUEST TO EXTEND TIME FOR APPEAL**<br><br>Re: Dkt. No. 41 |

Singh's request to extend the time for appeal is DENIED. The motion to extend the time to appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5) did not explicitly request an extension. *Malone v. Avenenti*, 850 F.2d 569, 572 (9th Cir. 1988). The motion also fails to provide any excuse for Singh's delay. *Id*. at 573.

**IT IS SO ORDERED.**

Dated: 8/4/2020

                                                                VINCE CHHABRIA<br>
                                                                 United States District Judge